IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLEN B. BARTLETT,

    Plaintiff,

v.                                             CASE NO. 4:06-cv-00539-MP-WCS

EMMA ANSLEY, and
APALACHEE MENTAL HEALTH,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 25, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's amended complaint, Doc. 13, be dismissed for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Magistrate Judge filed the Report and Recommendation on Monday, January 22, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made.

The Magistrate recommends that Plaintiff's amended complaint be dismissed because it fails to state a claim upon which relief may be granted. Plaintiff, proceeding *pro se* and *in forma pauperis*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983, Doc. 13, alleging that Defendants violated his civil rights by disclosing confidential information about his mental health to the police and by negligently allowing him access to a glass pot filled with hot coffee, which caused him to be charged with a crime. Plaintiff has filed a notice of appeal, which the Court construes as objections to the Magistrate's Report. Although Plaintiff cites

numerous cases discussing generally the right of privacy, his objections fail to address any due process interest he had in the privacy of his actions. The Court agrees with the Magistrate that Plaintiff has not alleged the violation of a constitutional right. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 25, is adopted and incorporated by reference in this order;

2. Plaintiff's Amended Complaint, Doc. 13, is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2);

3. The Clerk is directed to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that this dismissal constitutes a "strike" within the meaning of 28 U.S.C. § 1915(g)

4. All pending motions, Docs. 14, 15, 16, 17, 18, 19, 20, 21, 22, and 23, are denied.

**DONE AND ORDERED** this   *15th* day of February, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge